UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMMY JAMES DOUSE,

    Plaintiff,

v.                                    Case No.:   2:22-cv-531-SPC-NPM

SHAWN DUFFEE, DANIELLE E. KOSKEY, CAROL DEPASS, ARI DEUTSCH, COURTNEY JONES, SERINA WILLIAMS, ROBERT GARY HINES, STEPHEN B. RUSSELL, DANIEL M. CAVANAUGH, REBECCA A. MCCONNELL, CARRIE A. POLLOCK, BIANCA BENTLEY, KEITH R. KYLE, KRISTEN KANNER, SHEVAUN L. HARRIS and ANDREW J. MCGINLEY,

    Defendants.
_____/

# ORDER

Plaintiff Sammy James Douse, a detainee at the Florida Civil Commitment Center, filed a *pro se* complaint on August 29, 2022. (Doc. 1). Douse did not pay a filing fee or move to proceed without one.

Before dismissing a prisoner's complaint for failure to pay a filing fee, a court must make a reasonable inquiry into the reason for the failure. *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002). A prisoner's case should not be dismissed if his failure to pay the filing fee is caused by circumstances beyond his control. *Id.* at 1321. While Douse is not a prisoner, he similarly depends on a custodial institution to send payments from his trust account.

On April 25, 2023, the Court ordered Douse to show cause why this case should not be dismissed for failure to prosecute. (Doc. 3). Douse did not respond. The Court will therefore dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 19, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record